IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:21-CR-097-S |
| v. | |
| JOSEPH SALAZAR | |

## FACTUAL RESUME

In support of Joseph Salazar's plea of guilty to the indictment, Salazar, the defendant, Vincent Carrizales, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), that is, Possession of a Firearm by a Convicted Felon, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a firearm as charged in the indictment;

*Second.*   That before the defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment in excess of one year;

*Third.*   That the defendant knew he had been convicted in a court of crime punishable by imprisonment for a term in excess of one year; and

*Fourth.*   That the firearm possessed traveled in or affected interstate commerce; that is, before the defendant possessed the firearm, it has traveled at some time from one state to another.[2]

---

[1] Fifth Circuit Pattern Jury Instruction 2.43 (5th Cir. 2019).
[2] The term "firearm" means any weapon that will or is designed to or may readily be converted to expel a

## **STIPULATED FACTS**

1.  Joseph Salazar admits and agrees that on or about October 15, 2020, within the Northern District of Texas, Dallas Division, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, he knowingly possessed, in and affecting interstate and foreign commerce, a firearm, to wit: a Smith and Wesson, model SD9VE, 9 millimeter caliber pistol, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2.  On October 15, 2020, an officer with the Dallas Police Department (DPD) at Dallas Love Field Airport was flagged down by an employee and made aware that Salazar was erratic and they responded and notice Joseph Salazar yelling and sweating profusely in 60 degree weather.

3.  Defendant was arrested without an incident and officers observed a Smith and Wesson handgun in plain view on the front passenger seat.

4.  The defendant admits and agrees that he possessed the firearm described in the indictment as well as the magazine and ammunition associated with the firearm and that at the time of his possession, the defendant knew he was a convicted felon and could not legally possess firearms.

5.  The defendant admits and agrees that the firearm described in the indictment traveled in interstate or foreign commerce at some time prior to the defendant's possession of the firearm.

---

projectile by the action of an explosive.

**Factual Resume—Page 2**

6. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to the indictment.

AGREED TO AND STIPULATED on this 16 day of February, 2023.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOSEPH SALAZAR
Defendant

_____
ABE MCGLOTHIN, JR.
Assistant United States Attorney
Mississippi State Bar No. 104247
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: abe.mcglothin@usdoj.gov

_____
VINCENT CARRIZALES
Attorney for Defendant