IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Criminal Action No. 3:21-CR-00097-S |
| JOSEPH SALAZAR | § | |
| Defendant | § | |

## NOTICE CERTIFYING ALL WRITTEN MATERIALS HAVE BEEN FILED

TO THE HONORABLE KAREN GREN SCHOLER, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW, JOSEPH SALAZAR, defendant, by and through his attorney of record, VINCENT CARRIZALES, and hereby certifies that all written materials have been filed on behalf of defendant.

Respectfully submitted,

/s/ Vincent Carrizales
**VINCENT CARRIZALES**
Attorney for Defendant
State Bar No. 24049541

400 S. Zang Blvd., Suite 105
Dallas, Texas 75208
Vincent@vrclaw.com
Telephone (214) 942-4500
Facsimile (214) 942-1080

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Notice Certifying All Written Materials have been Filed* has been electronically filed on the ECF system and served upon the Assistant U.S. Attorney and U.S. Probation Officer on 22 September 2023.

/s/ Vincent Carrizales
Vincent Carrizales